[No. 26861-9-I.   Division One.   August 26, 1991.]

THE VAN ACKEREN COMPANY, *Appellant,* v. KCTS ASSOCIATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 88-2-13781-1, Norman W. Quinn, J., entered August 15, 1990. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Webster, A.C.J., and Pekelis, J.

[No. 26330-7-I.   Division One.   August 26, 1991.]

JAMES V. HANDMACHER, *Appellant,* v. HOBART H. MEADE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 88-2-22695-8, Sharon S. Armstrong, J., entered July 23, 1987. *Reversed* by unpublished opinion per Agid, J., concurred in by Scholfield and Kennedy, JJ.

[Nos. 25905-9-I; 26063-4-I.   Division One.   August 26, 1991.]

CAROLYN L. DAVIDSON, *Appellant,* v. WILLIAM P. DAVIDSON, *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 88-3-07389-2, John M. Darrah, J., entered March 9, 1990. *Affirmed in part* and *remanded* by unpublished opinion per Forrest, J., concurred in by Coleman and Baker, JJ.